**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SUKHWINDER SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| -vs- | ) | NO. CIV-26-0124-HE |
| | ) | |
| MARY DE ANDA-YBARRA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the order entered this date, the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 2nd day of March, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE